UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 2:13-CR-00101-1 |
| | § | |
| JOSEPH C.M. KRIST | § | |

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above Defendant has testified under oath or has otherwise satisfied this Court

that he or she is financially unable to employ counsel, and does not wish to waive

counsel.  Because the interests of justice so require, the Federal Public Defender of this

District is hereby appointed, pursuant to the provisions of the Criminal Justice Act, to

represent said Defendant in this case.

Arraignment is scheduled for:  **March 14, 2013 at 8:00 a.m.**   Defendant speaks

English and will **not** need an interpreter.

Counsel will be notified electronically via CM/ECF.

ORDERED this 12th day of March, 2013.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE

1 / 1